# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Jason McLean,

    Defendant,

Civil No. 23-cv-2096 (PJS/TNL)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 18, 2025 (ECF No. 72), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The United States' Motion to Hold Jason McLean in Contempt, ECF No. 63, be **GRANTED IN PART** and **DENIED IN PART**.

2. Jason McLean be found in constructive civil contempt of court for failure to comply with the Court's Four Orders as defined above.

3. The issuance of a bench warrant for the arrest of Jason McLean, to compel compliance with the Court's Four Orders, be stayed for 60 days from the date of the District Judge's Order on this Report and Recommendation to permit Jason McLean to purge contempt by complying with the Court's Four Orders.

4. The United States shall file a declaration addressing whether Jason McLean has complied with the Court's Four Orders no later than 14 days after the conclusion of the 60-day period described above.

5. If the United States' declaration does not indicate that Jason McLean has complied with the Court's Four Orders, that a bench warrant automatically be issued for Jason McLean's arrest.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  May 20, 2025                                 /s/ Patrick J. Schiltz
                                                    District Chief Judge Patrick J. Schiltz
                                                    United States District Court Judge
                                                    for the District of Minnesota